UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY M. CRAIN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES DISTRICT COURT,<br><br>    Respondent. | No. 2:20-cv-00006-TLN-GGH<br><br>**ORDER** |

       Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On January 24, 2020, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Petitioner has not filed objections to the findings and recommendations.

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 24, 2020, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus be dismissed for failure to exhaust state remedies.

Dated: February 27, 2020

Troy L. Nunley
United States District Judge